FILED
08 JUL 21 PM 4:41
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

E-filing

JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARDELL NEWTON
                                    Plaintiff,
vs.
People of the State
of California               Defendant.

CV 08   3301

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED **(PR)**
IN FORMA PAUPERIS

I, Cardell Newton, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____0_____  Net: ____0_____

Employer: ____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  April 13, 06   Howie Harp multi-Service
5  Center, Oakland Ca.   1200 per month
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.  Business, Profession or                              Yes ___ No ✓
10          self employment
11      b.  Income from stocks, bonds,                           Yes ___ No ✓
12          or royalties?
13      c.  Rent payments?                                       Yes ___ No ✓
14      d.  Pensions, annuities, or                              Yes ___ No ✓
15          life insurance payments?
16      e.  Federal or State welfare payments,                   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.  Are you married?                                         Yes ___ No ✓
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____0____  Net $____0____
28  4.  a.  List amount you contribute to your spouse's support:$ ____0____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5.  Do you own or are you buying a home?    Yes ___  No ✓
Estimated Market Value: $ ―0―   Amount of Mortgage: $ ―0―

6.  Do you own an automobile?    Yes ___  No ✓
Make __N/A__  Year __N/A__  Model __N/A__
Is it financed?  Yes ___  No ✓   If so, Total due: $ ―0―
Monthly Payment: $ ―0―

7.  Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ ―0―
Do you own any cash?  Yes ___  No ✓  Amount: $ ―0―
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___  No ✓

8.  What are your monthly expenses?
Rent: $ ―0―                  Utilities: ―0―
Food: $ ―0―                  Clothing: ―0―
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ ―0― | $ ―0― |
| | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

Parole Restitution fee

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 16, 08                          Newton, Cardell
DATE                                 SIGNATURE OF APPLICANT

Case Number: CV-08-3301

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Cardell Newton for the last six months
[prisoner name]
San Quentin where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 15.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0- .

Dated: _____                    _____
                                          [Authorized officer of the institution]

CV 08-3301

July 16, 208

Dear Clerk,

I Just want you to know that I Had already sent a Application to proceed in (FORMA PAUPERIS) a Long with my writ of Habeas corpus. I Dont know why your office Did Not Receive it. I also want your office to Know that I have sent a copy of the writ of Habeas corpus. and all supporting Documents to the Attorney General office as well.

Sincere
mr. Newton
#F-52079

Thank you!

Have a great Day!

P.s Any Thing pertaining to my funds you can write San Quentin's Inmate trust Account.

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



Jo Clifton 7-16-08