July 17, 208

Dear Clerk,

my petition that I mailed to you is not a civil suit, it's a petition against Alameda superior court in Oakland. I am asking the U.S District court to review my conviction. (Because of Federal violations) I am not going to re-submit a petition when my record shows that my petition was filed on July 9, 08 at 3:41 pm. my Case # is CV-08-3301 JF. But I do Appreciate the extra petition for a writ of Habeas corpus. you also keep telling me that I didnt submit a application for "IN FORMA PAUPERIS". Not only Did I submit a (IN Forma Pauperis) I also sent copies of my prisoner trust account statements for the past 6 months. So please check into this and Let me as soon as possible what's going on. This got to be a computer error. also if your office want to know about my financial status, you can write San Quentin Inmate trust account.
  Sincere mr. Newton # F-52079

P.s my petition # is Not CV-08-3327(PR)-VRW   it's CV-08-3301
I will be waiting to Hear from your office.



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Newton F-52079



RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[signature] 7-17-08