NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDELL NEWTON, ) | No. C 08-3301 JF (PR) |
| ) | |
| Petitioner, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| PEOPLE, ) | (Docket No. 4) |
| ) | |
| Respondent. ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 9, 2008. That same day, the Clerk's office notified Petitioner that the petition was not accompanied by either the filing fee or an application to proceed in forma pauperis ("ifp").[1] Along with such notice, Petitioner was mailed the Court's ifp application, instructions for completing such an application, including a certificate of funds form completed and signed by a prison official and a trust account statement showing transactions for the last six months, and a stamped return

---

[1] Petitioner states in his July 21, 2008 ifp application and in correspondence with the Court that he filed an ifp application along with his habeas petition. No such ifp application was received by the Court, however, and Petitioner has provided no documentation or evidence to support his assertion that he sent such an application to the Court.

Order of Dismissal
G:\PRO-SE\SJ.JF\HC.08\Newton3301_dismissal.ifp.wpd 1

1 envelope. Petitioner was informed that his failure to either pay the filing fee or complete
2 the ifp application, including the required certificate of funds form and trust a account
3 statement, within thirty days would result in the dismissal of this action. On July 21,
4 2008, Petitioner filed an ifp application form, signed by Petitioner on July 16, 2008. The
5 application was not complete, however, insofar as the certificate of funds form was not
6 completed and signed by a prison official and no trust account statement was included.

    As Petitioner has neither filed a completed ifp application nor paid the $5.00 filing fee, as he was instructed to do, the instant matter is DISMISSED without prejudice to refiling in a new action in which he either pays the filing fee or files a completed ifp application. The incomplete application to proceed ifp (Docket No. 4) is DENIED.

    The clerk shall close the file.

    IT IS SO ORDERED.

Dated: 8/21/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JF\HC.08\Newton3301_dismissal.ifp.wpd 2