NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDELL NEWTON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>PEOPLE,<br><br>　　　　　Respondent. | No. C 08-3301 JF (PR)<br><br>JUDGMENT |

The Court has dismissed this petition for a writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 8/21/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.JF\HC.08\Newton3301_jud.wpd        1