*E-Filed 4/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDELL NEWTON,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____ / | No. C 08-3301 RS (PR)<br><br>**ORDER OF DISMISSAL** |

    This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254.

    The petition was dismissed with leave to amend, and petitioner was ordered to file an amended petition by March 24, 2010.  As of the date of this writing, petitioner has not filed an amended petition.  Accordingly, the action is DISMISSED without prejudice.

    The Clerk shall enter judgment in favor of respondent and close the file.

    **IT IS SO ORDERED**.

DATED: April 9, 2010

                                          RICHARD SEEBORG<br>                                          United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2 Cardell Newton
F-52079
3 Sierra Conservation Center
T. Unit
4 5150 O'Byrnes Ferry Road
Jamestown, CA 95327-0500

DATED:  04/12/2010

s/ Chambers Staff<br>Chambers of Judge Richard Seeborg

10 * Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.